## Chesterfield County
## Detailed History
## PD2210110254
### Incidents Between 10/11/2022 and 10/12/2022

| Event Number | Unit | Operator | Address | Apartment/Lot | Beat |
|---|---|---|---|---|---|
| PD2210110254 | 12A | Chapman, Colin | 5741 QUIET PINE CIR | 102 | 81 |

| Incident Description | Disp 1 | Disp 2 | Disp 3 | Disp 4 | Disp 5 |
|---|---|---|---|---|---|
| BURG | 14 | 23 | 14 | BURG | 01 |
| BREAKING & ENTERING | 14 ASSIST MADE | 23 CANINE | 14 ASSIST MADE | BREAKING & ENTERING | 01 REPORT |

**Victim(s):**

**Involved Unit(s):** 10A, 11A, 12A, 13A, 172, 176, 177, 178, 181, AIR1, CE22, ERT4, ERT8, K12, K4

| Caller Name | Caller Address | Caller Phone |
|---|---|---|
| SARAH KENNEDY | | 757 9743454 |

| Answered | Received | Dispatched | Arrived | Closed | DOW | Priority |
|---|---|---|---|---|---|---|
| 12:17:01 | 12:16:55 | 12:17:35 | 12:20:56 | 13:38:39 | Tuesday, October 11, 2022 | 1 |

**Comment(s):** SEES SOMEONE IN HOUSE RIGHT NOW AVIATION: CALL HENRICO FOR AVIATION[Agency/IRF] TALL B/M IN BED BLANKET... NO IDEA WHO HE IS... NO WEAP SEEN... COMP OUTSIDE IN CAR... ADV HOUSE WAS PREV BROKEN INTO SEP 5TH COMP WALKED INSIDE AND SAW HIM IN THE BED AND THEM CAME OUTSIDE AIR1 SWITCHING COMP IN BLU TAHOE COMP SAID SHE IS THE ONLY ONE ON THE LEASE HASNT SEEN ANYONE LEAVE.. WALKED BACK UP TO DOOR WHILE ON THE PHONE... CALLER SAID SHE HAD TO KICK HER OWN DOOR IN TO GET IN HER HOUSE DOOR IS NOW SHUT 10A COPIED VIA PHONE RADIO HELD @ 1228HRS DOG BITE/PD ON SCENE PER 11A, 10-4 FOR RESCUE TO ENTER RADIO 10-8 @ 1233HRS 178 HAS A CAMERA

11/14/2022 12:26:35 PM                    Page 1 of 1

EXHIBIT 1