IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DERRICK WILLIAMS,

    Plaintiff,

v.                                           Civil Action No.: 3:24-CV-00696

GORDON J. PAINTER,

    Defendant.

## **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

## **EXHIBIT 6**

Thumb Drive Containing Officer Wilson's Body Worn Camera Video