IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DERRICK WILLIAMS,

    Plaintiff,

v.                                                        Civil Action No.: 3:24-CV-00696

GORDON J. PAINTER,

    Defendant.

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

### EXHIBIT 8

Thumb Drive Containing Officer Cash's Body Worn Camera Video