```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                       Richmond Division
```

DERRICK WILLIAMS,

    Plaintiff,

v.                                          Civil Action No. 3:24cv696

GORDON J. PAINTER,

    Defendant.

### ORDER

Having reviewed the file herein and finding that, pursuant to Fed. R. Civ. P. 15(a)(1)(B), the plaintiff filed a FIRST AMENDED COMPLAINT on December 1, 2024 (ECF No. 14), it is hereby ORDERED that the defendant's MOTION TO DISMISS (ECF No. 12) is denied as moot. It is further ORDERED that the defendant shall file his Answer and any other motions with respect to the FIRST AMENDED COMPLAINT by December 13, 2024.

    It is so ORDERED.

                                        /s/ *REP*  
                                  Robert E. Payne  
                                  Senior United States District Judge

Richmond, Virginia  
Date: December 3, 2024