IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DERRICK WILLIAMS,

    Plaintiff,

v.                                    Civil Action No. 3:24cv696

GORDON J. PAINTER,

    Defendant.

## ORDER

Having considered the UNOPPOSED MOTION TO ENLARGE CASE MANAGEMENT ORDER ("Unopposed Motion to Enlarge") (ECF No. 39), and there being no objection by the defendant, it is hereby ORDERED that the Unopposed Motion to Enlarge (ECF No. 39) is granted.  It is further ORDERED that:

    (1)  Plaintiff's expert disclosure in accordance with Fed. R. Civ. P. 26(a)(2)(B) and (C) shall be may May 23, 2025; and

    (2)  Defendant's expert disclosure in accordance with Fed. R. Civ. P. 26(a)(2)(B) and (C) shall be June 13, 2025; and

    (3)  Rebuttal expert disclosure in in accordance with Fed. R. Civ. P. 26(a)(2)(B) and (C) shall be June 20, 2025.

    It is so ORDERED.

                                            /s/       REP
                                            Robert E. Payne
                                            Senior United States District Judge

Richmond, Virginia
Date: May 22, 2025